ACCEPTED
14-16-01002-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/30/2016 5:08:06 PM
CHRISTOPHER PRINE
CLERK

# LAW OFFICES
OF
# KURT G. CLARKE
**ATTORNEY~ MEDIATOR~ ARBITRATOR**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/30/2016 5:08:06 PM
CHRISTOPHER A. PRINE
Clerk

**KURT G. CLARKE***
**HELEN MALVEAUX**

FREDERICK O. BOADI
COUNSEL TO THE FIRM

December 30, 2016

Christopher Prine
Clerk of the Court of Appeals
301 Fannin St.
Houston, Texas 77002-2066

       Re:     Court of Appeals Number:    14-16-01002-CV
                  Trial Court Case Number:    2010-76740

       Style:   *Pius Okafor, John Okafor, Anambra State Community In Houston, et al, v. Anambra State Community, Houston*

Dear Mr. Prine:

I am requesting that the above referenced case be transferred to the First Court of Appeals.

The case numbers were inadvertently mixed up due to prior litigation between the parties.

Thank you for your usual cooperation and assistance.

Sincerely,

*Kurt G. Clarke*

Kurt G. Clarke

c.c.:
- Patrick Chukelu

**6200 SAVOY DRIVE, SUITE 458, HOUSTON, TEXAS 77036**
**PHONE (713) 779-5500 FAX (713) 779-6668**
**E-MAIL - KGCLAW@AOL.COM**
**\*FELLOW – COLLEGE OF THE STATE BAR**